

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00858-CV

**IN THE ESTATE OF RAYMOND OATMAN WHIPPLE, JR., DECEASED,**

From the County Court, Guadalupe County, Texas
Trial Court No. 2006-PC-0273
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

Pending before the court is the appellant's motion requesting an extension of time to respond to this court's order dated January 19, 2018, and appellee's response in opposition to the motion. The motion is GRANTED. Appellant must provide the written proof in response to this court's order dated January 19, 2018 no later than February 8, 2018. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court